UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY


UNITED STATES OF AMERICA        :        22-cr-00761-ZNQ

           vs.                  :           ORDER APPOINTING FEDERAL
                                               PUBLIC DEFENDER

WILFREDO MORALES                :


    The financial inability of the defendant to retain counsel

having been established by the court, and the defendant not

having waived the appointment of counsel, and for good cause

shown;  it is on this 4th day of May, 2023,

    ORDERED that the Federal Public Defender Organization

for the District of New Jersey is hereby appointed to represent

said defendant in this cause, for the purposes of today's hearing,

until further order of this court.



                                    _____
                                    **DOUGLAS E. ARPERT**
                                    United States Magistrate Judge


cc:  Federal Public Defender